UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SANCHEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOEL MARTINEZ, et al.,<br><br>　　　　　Respondents. | No. 2:17-cv-0455 DB P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Presently before the court is petitioner's motion to appoint counsel and request for an extension of time to file a traverse. (ECF No. 18.)

　　　　In support of his motion to appoint counsel petitioner argues he does not have the educational background or legal experience to address the highly technical issues raised in respondent's answer to the petition.

　　　　There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Additionally, petitioner has requested an extension of time to file and serve a traverse. Good cause appearing the court will grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 18) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's motion for an extension of time (ECF No. 18) is granted; and

3. Petitioner shall file and serve a traverse within thirty days from the date of this order.

Dated: February 27, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner.Habeas/sanc0455.110+111

2