UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SANCHEZ, | No. 2:17-cv-0455 DB P |
| Petitioner, | |
| v. | ORDER |
| JOEL MARTINEZ, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner filed his petition in pro per. (See ECF No. 1.) An attorney, Gordon B. Scott, filed a request for an extension of time on petitioner's behalf on April 25, 2018. (ECF No. 22.) In that request, Mr. Scott stated that he was in the process of being admitted to the Eastern District of California bar and appears to ask the court to accept the statements in his request as a motion to substitute himself as counsel for petitioner. (See id. at 2-3.) On June 28, 2018, Mr. Scott filed and signed a traverse on petitioner's behalf. (ECF No. 24.)

A motion to substitute must include the signatures of both the person being replaced, here petitioner, the new counsel, and the client. See E.D. Cal. R. 182(g). The April 2018 request filed by Mr. Scott did not include petitioner's signature confirming the substitution. Petitioner will be directed to file a motion pursuant to Local Rule 182(g). In order for this court to consider

////

1

petitioner's traverse, the motion should provide, if appropriate, a nunc pro tunc date prior to the filing date of the traverse.

      Accordingly, and good cause appearing, IT IS HEREBY ORDERED that:

      1. Within thirty days of the filed date of this order, petitioner shall file a motion to substitute counsel under Local Rule 182(g).

      2. The Clerk of the Court is directed to serve this order on petitioner as well as on attorney Gordon B. Scott.

Dated: October 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/sanc0455.sub csl

2