UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SANCHEZ,<br><br>  Petitioner,<br><br>v.<br><br>JOEL MARTINEZ,<br><br>  Respondent. | No. 2:17-cv-0455 DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Before the court is petitioner's motion to substitute attorney Gordon B. Scott as petitioner's counsel. Good cause appearing, IT IS HEREBY ORDERED that Mr. Scott is appointed to represent petitioner, nunc pro tunc to March 31, 2018.

Dated: November 13, 2020

DLB:9
DLB1/prisoner-habeas/sanc0455.sub csl(2)

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1