UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SANCHEZ,<br><br>   Petitioner,<br><br>   v.<br><br>JOEL MARTINEZ,<br><br>   Respondent. | No.  2:17-cv-0455 DB P<br><br><br>AMENDED ORDER |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Before the court is petitioner's motion to substitute attorney Gordon B. Scott as petitioner's counsel.  Good cause appearing, IT IS HEREBY ORDERED that Mr. Scott is substituted as counsel for petitioner, nunc pro tunc to March 31, 2018.  This order amends the order filed November 13, 2020.  The order filed November 13, 2020 (ECF No. 28) is vacated.

DATED:  November 30, 2020

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/sanc0455.sub csl(3)

1